# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**PAUL NIEVES, individual and on behalf of all others similarly situated,**

   **Plaintiff,**

**v.**                                                    **Case No. 2:18-cv-02748-JTF-atc**

**BAPTIST MEMORIAL HEALTH CARE CORPORATION, a Tennessee corporation, and BAPTIST MEMORIAL MEDICAL GROUP, INC., a Tennessee corporation,**

   **Defendants.**

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on August 27, 2021.  (ECF No. 133.)  The Court, being duly advised, finds that this action is **DISMISSED** with prejudice.  Each party shall itself bear all costs and attorney fees.

**IT IS SO ORDERED** this 14th day of September 2021.

                                                       *s/John T. Fowlkes, Jr.*
                                                       JOHN T. FOWLKES, JR.
                                                       United States District Judge