IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

PAUL NIEVES, individual and on behalf of all
others similarly situated,

   Plaintiff,

v.                                                   Case No. 2:18-cv-02748-JTF-atc

BAPTIST MEMORIAL HEALTH CARE
CORPORATION, a Tennessee corporation,
and BAPTIST MEMORIAL MEDICAL
GROUP, INC., a Tennessee corporation,

   Defendants.

---

# JUDGMENT

     **DECISION BY COURT**.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, filed September 14, 2021.  (ECF No. 134.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                               THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE           CLERK


September 15, 2021                                    s/LaFonda Willis
DATE                                                          (BY) LAW CLERK